JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN LAMONTE HALEY, | NO. CV 16-4053-AG(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| JAIL MENTAL HEALTH SERVICES, et al., | |
| Defendant. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 17, 2016.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE